JUDGE: Marc Barreca
CHAPTER: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | No. 14-14184-MLB |
|---|---|
| ALLEN, DONNA I | *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT FOR ESTATE |
| Debtor(s). | |

Edmund Wood, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, applies to this Court for authority to employ Chad Tharp, as real estate agent for the trustee and in support thereof states as follows:

1. On May 29, 2014, the above-named debtor(s) filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Western District of Washington at Seattle, and on May 29, 2014, Edmund Wood was appointed as the chapter 7 trustee of the estate.

2. The trustee desires to hire Chad Tharp to sell real property on behalf of the estate on a 6% commission basis, subject to Court approval after notice and a hearing. A copy of the proposed listing agreement is attached.

3. The trustee is aware of no connections between Chad Tharp, and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as set forth above. No notice to creditors or interested parties of this motion is necessary pursuant to 11 U.S.C. section 102(1) and FRBP 2002.

WHEREFORE, the trustee applies to the Court for an order authorizing the employment of Chad Tharp to list and sell property of the estate as described in this application as of the date this application

APPLICATION TO HIRE REAL ESTATE AGENT

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

and order are submitted to the office of the United States Trustee, with all compensation subject to Court order upon notice to creditors and a hearing.

DATED: August 25, 2014

/s/ *Edmund Wood*
Edmund Wood, WSBA #03695
Chapter 7 Trustee

I CERTIFY that on August 25, 2014, under penalty of perjury that I caused a copy of the foregoing document to be delivered to the U.S. Trustee by email at: USTPRegion18.SE.ECF@usdoj.gov

/s/ *Edmund Wood*
Edmund Wood, WSBA #03695
Chapter 7 Trustee

Tharp - App to Hire

APPLICATION TO HIRE REAL ESTATE AGENT

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
Page 2 (206) 623-4382

DocuSign Envelope ID: D98B0B56-AAFE-4A19-A206-288A1481405D

| | | |
|---|---|---|
| Form 1A<br>Exclusive Sale<br>Rev. 6/13<br>Page 1 of 2 | **EXCLUSIVE SALE AND LISTING AGREEMENT** | ©Copyright 2013<br>Northwest Multiple Listing Service<br>ALL RIGHTS RESERVED |

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller") 1

hereby grants to  Keller Williams Eastside  , ("Real Estate Firm" or "Firm") 2

from date hereof until midnight of  1/31/16  ("Listing Term"), the sole and exclusive right 3

to submit offers to purchase, and to receipt for deposits in connection therewith, the real property ("the Property") 4

commonly known as  9022 Dayton Ave N, Seattle WA 98103  5

in the City of  Seattle , County of  King  , State of Washington, Zip  98103  ; 6

to be listed at $  360000   and legally described as: LOT _____ , BLOCK _____ , 7

DIVISION _____ , VOL _____ , PAGE _____ 8

_____ . 9

1. **DEFINITIONS.** For purposes of this Agreement: (a) "MLS" means the Northwest Multiple Listing Service; and (b) "sell" includes a contract to sell; an exchange or contract to exchange; an option to purchase; and/or a lease with option to purchase.  10 11 12

2. **AGENCY/DUAL AGENCY.** Seller authorizes Firm to appoint  Chad Tharp  13
as Seller's Listing Broker. This Agreement creates an agency relationship with Listing Broker and any of Firm's brokers 14 who supervise Listing Broker's performance as Seller's agent ("Supervising Broker"). No other brokers affiliated with 15 Firm are agents of Seller, except to the extent that Firm, in its discretion, appoints other brokers to act on Seller's behalf 16 as and when needed. If the Property is sold to a buyer represented by one of Firm's brokers other than Listing Broker 17 ("Buyer's Broker"), Seller consents to any Supervising Broker, who also supervises Buyer's Broker, acting as a dual 18 agent. If the Property is sold to a buyer who Listing Broker also represents, Seller consents to Listing Broker and 19 Supervising Broker acting as dual agents. If any of Firm's brokers act as a dual agent, Firm shall be entitled to the entire 20 commission payable under this Agreement plus any additional compensation Firm may have negotiated with the buyer. 21 Seller acknowledges receipt of the pamphlet entitled "The Law of Real Estate Agency." 22

3. **LIST DATE.** Firm shall submit this listing, including the Property information on the attached pages and photographs of 23 the Property (collectively, "Listing Data"), to be published by MLS by 5:00 p.m. on  7/30/14  ("List Date"), 24 which date shall not be more than 30 days from the effective date of the Agreement. Seller acknowledges that exposure 25 of the Property to the open market through MLS will increase the likelihood that Seller will receive fair market value for 26 the Property. Accordingly, prior to the List Date, Firm and Seller shall not promote or advertise the Property in any 27 manner whatsoever, including, but not limited to yard or other signs, flyers, websites, e-mails, texts, mailers, magazines, 28 newspapers, open houses, previews, showings, or tours. 29

4. **COMMISSION.** If during the Listing Term (a) Seller sells the Property and the buyer does not terminate the agreement 30 prior to closing; or (b) after reasonable exposure of the Property to the market, Firm procures a buyer who is ready, 31 willing, and able to purchase the Property on the terms in this Agreement, Seller will pay Firm a commission of (fill in 32 one and strike the other)  6  % of the sales price, or $ _____ ("Total Commission"). From the 33 Total Commission, Firm will offer a cooperating member of MLS representing a buyer ("Selling Firm") a commission of 34 (fill in one and strike the other)  2  % of the sales price, or $ _____ . Further, if Seller shall, within six 35 months after the expiration of the Listing Term, sell the Property to any person to whose attention it was brought 36 through the signs, advertising or other action of Firm, or on information secured directly or indirectly from or through 37 Firm, during the Listing Term, Seller will pay Firm the above commission. Provided, that if Seller pays a commission to a 38 member of MLS or a cooperating MLS in conjunction with a sale, the amount of commission payable to Firm shall be 39 reduced by the amount paid to such other member(s). Provided further, that if Seller cancels this Agreement without 40 legal cause, Seller may be liable for damages incurred by Firm as a result of such cancellation, regardless of whether 41 Seller pays a commission to another MLS member. Selling Firm is an intended third party beneficiary of this Agreement. 42

5. **SHORT SALE / NO DISTRESSED HOME CONVEYANCE.** If the proceeds from the sale of the Property are insufficient 43 to cover the Seller's costs at closing, Seller acknowledges that the decision by any beneficiary or mortgagee, or its 44 assignees, to release its interest in the Property, for less than the amount owed, does not automatically relieve Seller of 45 the obligation to pay any debt or costs remaining at closing, including fees such as Firm's commission. Firm will not 46 represent or assist Seller in a transaction that is a "Distressed Home Conveyance" as defined by Chapter 61.34 RCW 47 unless otherwise agreed in writing. A "Distressed Home Conveyance" is a transaction where a buyer purchases 48 property from a "Distressed Homeowner" (defined by Chapter 61.34 RCW), allows the Distressed Homeowner to 49 continue to occupy the property, and promises to convey the property back to the Distressed Homeowner or promises 50 the Distressed Homeowner an interest in, or portion of, the proceeds from a resale of the property. 51

_EJW_

_____        _____
Seller            Seller

DocuSign Envelope ID: D98B0B56-AAFE-4A19-A206-288A1481405D

Form 1A
Exclusive Sale
Rev. 6/13
Page 2 of 2

**EXCLUSIVE SALE AND LISTING AGREEMENT**
*Continued*

©Copyright 2013
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

6. **KEYBOX.** Firm is authorized to install a keybox on the Property. Such keybox may be opened by a master key held by members of MLS and their brokers. A master key also may be held by affiliated third parties such as inspectors and appraisers who cannot have access to the Property without Firm's prior approval which will not be given without Firm first making reasonable efforts to obtain Seller's approval.

7. **SELLER'S WARRANTIES AND REPRESENTATIONS.** Seller warrants that Seller has the right to sell the Property on the terms herein and that the Property information on the attached pages to this Agreement is correct. Further, Seller represents that to the best of Seller's knowledge, there are no structures or boundary indicators that either encroach on adjacent property or on the Property. Seller authorizes Firm to provide the information in this Agreement and the attached pages to prospective buyers and to other cooperating members of MLS who do not represent the Seller and, in some instances, may represent the buyer. Seller agrees to indemnify and hold Firm and other members of MLS harmless in the event the foregoing warranties and representations are incorrect.

8. **CLOSING COSTS.** Seller shall furnish and pay for a buyer's policy of title insurance showing marketable title to the Property. Seller shall pay real estate excise tax and one-half of any escrow fees or such portion of escrow fees and any other fees or charges as provided by law in the case of a FHA or VA financed sale. Rent, taxes, interest, reserves, assumed encumbrances, homeowner fees and insurance are to be prorated between Seller and the buyer as of the date of closing.

9. **MULTIPLE LISTING SERVICE.** Seller authorizes Firm and MLS to publish the Listing Data and distribute it to other members of MLS and their affiliates and third parties for public display and other purposes. This authorization shall survive the termination of this Agreement. Firm is authorized to report the sale of the Property (including price and all terms) to MLS and to its members, financial institutions, appraisers, and others related to the sale. Firm may refer this listing to any other cooperating multiple listing service at Firm's discretion. Firm shall cooperate with all other members of MLS, or of a multiple listing service to which this listing is referred, in working toward the sale of the Property. Regardless of whether a cooperating MLS member is the agent of the buyer, Seller, neither or both, such member shall be entitled to receive the selling firm's share of the commission. MLS is an intended third party beneficiary of this agreement and will provide the Listing Data to its members and their affiliates and third parties, without verification and without assuming any responsibility with respect to this agreement.

10. **DISCLAIMER/SELLER'S INSURANCE.** Neither Firm, MLS, nor any members of MLS or of any multiple listing service to which this listing is referred shall be responsible for loss, theft, or damage of any nature or kind whatsoever to the Property and/or to any personal property therein, including entry by the master key to the keybox and/or at open houses. Seller is advised to notify Seller's insurance company that the Property is listed for sale and ascertain that the Seller has adequate insurance coverage. If the Property is to be vacant during all or part of the Listing Term, Seller should request that a "vacancy clause" be added to Seller's insurance policy.

11. **FIRM'S RIGHT TO MARKET THE PROPERTY.** Seller shall not commit any act which materially impairs Firm's ability to market and sell the Property under the terms of this Agreement. In the event of breach of the foregoing, Seller shall pay Firm a commission in the above amount, or at the above rate applied to the listing price herein, whichever is applicable. Unless otherwise agreed in writing, Firm and other members of MLS shall be entitled to show the Property at all reasonable times. Firm need not submit to Seller any offers to lease, rent, execute an option to purchase, or enter into any agreement other than for immediate sale of the Property.

12. **SELLER DISCLOSURE STATEMENT.** Unless Seller is exempt under RCW 64.06, Seller shall provide to Firm as soon as reasonably practicable a completed and signed "Seller Disclosure Statement" (Form 17 (Residential), Form 17C (Unimproved Residential), or Form 17 Commercial). Seller agrees to indemnify, defend and hold Firm harmless from and against any and all claims that the information Seller provides on Form 17, Form 17C, or Form 17 Commercial is inaccurate.

13. **DAMAGES IN THE EVENT OF BUYER'S BREACH.** In the event Seller retains earnest money as liquidated damages on a buyer's breach, any costs advanced or committed by Firm on Seller's behalf shall be paid therefrom and the balance divided equally between Seller and Firm.

14. **ATTORNEYS' FEES.** In the event either party employs an attorney to enforce any terms of this Agreement and is successful, the other party agrees to pay reasonable attorneys' fees. In the event of trial, the successful party shall be entitled to an award of attorneys' fees and expenses; the amount of the attorneys' fees and expenses shall be fixed by the court. The venue of any suit shall be the county in which the Property is located.

DATED THIS 29 DAY OF July, 2014. Are the undersigned the sole owner(s)? ☐ YES ☐ NO

FIRM (COMPANY) Keller Williams Eastside    SELLER: *Edmund J. Wood* (E7AB9B16DE234DF...)

BY: _____(37131A57B3C5494...)_____    SELLER: _____

DocuSign Envelope ID: D98B0B56-AAFE-4A19-A206-288A1481405D

Form 7B
Seller Info Undisclosed
Rev. 8/11
Page 1 of 1

**SELLER'S REQUEST FOR
RESTRICTION ON SHOWING AND SALE**
*Seller's Information Undisclosed*

©Copyright 2011
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller")

hereby requests that  Keller Williams Eastside , ("Listing Firm")

impose the following restriction on showing and sale of the real property located at:

9022 Dayton Ave N, Seattle WA 98103 ("the Property").

The Property's listing information includes the property owner's name and phone number, which are only made available to other real estate brokers, not the public.

Seller requests that ☒ Seller's name; ☒ Seller's phone number ( 206-623-4382 ) be omitted from the information included in the Property's listing and shall not be made available to other real estate brokers.

A buyer's broker is permitted to contact Seller to inform Seller that the broker has an offer or counteroffer to present to Seller, after the buyer's broker informs the Listing Firm of the offer. A buyer's broker is also permitted to contact Seller to present an offer or counteroffer to Seller if the Listing Firm fails to timely respond to buyer's broker. In addition, under certain circumstances, a buyer's broker may contact Seller to schedule a showing of the Property.

Seller understands that this restriction may delay the presentation of an offer if the Listing Firm is unavailable at the time of the offer or counteroffer. Seller understands that this restriction may limit the number of potential buyers that view the Property if the Listing Firm is unavailable at the time a potential buyer wishes to view the Property. Seller also understands that this restriction may inhibit the sale of the Property.

Seller's Signature: *Edmund J. Wood* (DocuSigned by, E7AB9B16DF234DF...)     Date: 7/29/14

Seller's Signature: _____     Date: _____

DocuSign Envelope ID: D98B0B56-AAFE-4A19-A206-288A1481405D

Form 7G  
Third Party Fee  
Rev. 8/11  
Page 1 of 1

**SELLER'S REQUEST FOR RESTRICTION ON SHOWING AND SALE**  
*Third Party Fee*

©Copyright 2011  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller")

hereby requests that  Keller Williams Eastside , ("Listing Firm")

impose the following restriction on showing and sale of the real property located at:

9022 Dayton Ave N, Seattle WA 98103 ("the Property").

Seller requests that the buyer pay a separate, lawful fee to a third party as detailed below.

Seller understands that this restriction may limit the number of potential buyers that view the Property because some buyers may not be willing to pay such a fee. Seller also understands that this restriction may inhibit the sale of the Property.

Amount of Fee: $ See Attached Exhibit B

Third Party Receiving Fee (Company Name): Edmund J. Wood, Bankruptcy Trustee

Reason for Fee:  
11 USC 326

Seller's Signature: /s/ Edmund J. Wood (DocuSigned)  Date: 7/29/14

Seller's Signature: _____  Date: _____

DocuSign Envelope ID: D98B0B56-AAFE-4A19-A206-288A1481405D

Form 7G
Third Party Fee
Rev. 8/11
Page 1 of 1

**SELLER'S REQUEST FOR RESTRICTION ON SHOWING AND SALE**
*Third Party Fee*

©Copyright 2011
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller")

hereby requests that  Keller Williams Eastside , ("Listing Firm")

impose the following restriction on showing and sale of the real property located at:

9022 Dayton Ave N, Seattle WA 98103 ("the Property").

Seller requests that the buyer pay a separate, lawful fee to a third party as detailed below.

Seller understands that this restriction may limit the number of potential buyers that view the Property because some buyers may not be willing to pay such a fee. Seller also understands that this restriction may inhibit the sale of the Property.

Amount of Fee: $ See Attached Exhibit B

Third Party Receiving Fee (Company Name): Edmund J. Wood, Bankruptcy Trustee

Reason for Fee:
11 USC 326

Seller's Signature: /s/ Edmund J. Wood (DocuSigned)    Date: 7/29/14

Seller's Signature: _____    Date: _____

DocuSign Envelope ID: D98B0B56-AAFE-4A19-A206-288A1481405D

Form 18  
Amendment to Exclusive Listing Agreement  
Rev. 5/13  
Page 1 of 1

©Copyright 2013  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED

## AMENDMENT TO EXCLUSIVE LISTING AGREEMENT

This amends the Exclusive Listing Agreement ("Agreement") dated  7/29/14 , 1

between  Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184  ("Seller") 2

and,  Keller Williams Eastside  ("Firm") 3

concerning the property, listing no. _____, commonly known as  9022 Dayton Ave N , 4

in the City of  Seattle , County of  King , State of WA, Zip  98103 . 5

**SELLER AND FIRM AGREE AS FOLLOWS:** 6

☐ **Price Change.** The listing price is changed to $ _____ . 7

☐ **Agreement Extended.** The Agreement is extended until midnight of _____ . 8
If the Agreement expired prior to the parties' execution of this Amendment, the Agreement (and any prior 9
Amendments thereto) are incorporated herein by this reference and this Amendment shall constitute a new 10
Exclusive Listing Agreement. 11

☒ **Other:** 12

Seller Authorizes Listing Broker to change the listing price at Listing Broker's discretion as needed to procure a buyer or 13
comply with a lender's pricing requirements. 14

**ALL OTHER TERMS AND CONDITIONS** of the Agreement remain unchanged. 24

DATED THIS  29  DAY OF  July , 2014 25

FIRM (COMPANY)  Keller Williams Eastside  SELLER  *Edmund J. Wood*  26

BY  [DocuSigned] 37131A57B3C5494...  SELLER _____ 27

DocuSign Envelope ID: D98B0B56-AAFE-4A19-A206-288A1481405D

**EXHIBIT "B"**                    Edmund J. Wood, Chapter 7 Bankruptcy Trustee

Allen (Donna) _____ # 14-14184

## Trustee Fee Calculations

$50,000 - $235,000 = $15,000
$240,000 - $1,000,000 = 5.5% + $3,250.00
$1,000,000 and higher = 3% + $25, 750.00

| Value | Fee | Value | Fee | Value | Fee |
|---|---|---|---|---|---|
| $240,000.00 | $15,250.00 | $460,000.00 | $26,250.00 | | |
| $245,000.00 | $15,500.00 | $470,000.00 | $26,750.00 | | |
| $250,000.00 | $15,750.00 | $480,000.00 | $27,250.00 | | |
| $255,000.00 | $16,000.00 | $490,000.00 | $27,750.00 | | |
| $260,000.00 | $16,250.00 | $500,000.00 | $28,250.00 | | |
| $265,000.00 | $16,500.00 | $510,000.00 | $28,750.00 | | |
| $270,000.00 | $16,750.00 | $520,000.00 | $29,250.00 | | |
| $275,000.00 | $17,000.00 | $530,000.00 | $29,750.00 | | |
| $280,000.00 | $17,250.00 | $540,000.00 | $30,250.00 | | |
| $285,000.00 | $17,500.00 | $550,000.00 | $30,750.00 | Value | Fee |
| $290,000.00 | $17,750.00 | $560,000.00 | $31,250.00 | | |
| $295,000.00 | $18,000.00 | $570,000.00 | $31,750.00 | $790,000.00 | $42,750.00 |
| $300,000.00 | $18,250.00 | $580,000.00 | $32,250.00 | $800,000.00 | $43,250.00 |
| $305,000.00 | $18,500.00 | $590,000.00 | $32,750.00 | $810,000.00 | $43,750.00 |
| $310,000.00 | $18,750.00 | $600,000.00 | $33,250.00 | $820,000.00 | $44,250.00 |
| $315,000.00 | $19,000.00 | $610,000.00 | $33,750.00 | $830,000.00 | $44,750.00 |
| $320,000.00 | $19,250.00 | $620,000.00 | $34,250.00 | $840,000.00 | $45,250.00 |
| $325,000.00 | $19,500.00 | $630,000.00 | $34,750.00 | $850,000.00 | $45,750.00 |
| $330,000.00 | $19,750.00 | $640,000.00 | $35,250.00 | $860,000.00 | $46,250.00 |
| $335,000.00 | $20,000.00 | $650,000.00 | $35,750.00 | $870,000.00 | $46,750.00 |
| $340,000.00 | $20,250.00 | $660,000.00 | $36,250.00 | $880,000.00 | $47,250.00 |
| $345,000.00 | $20,500.00 | $670,000.00 | $36,750.00 | $890,000.00 | $47,750.00 |
| $350,000.00 | $20,750.00 | $680,000.00 | $37,250.00 | $900,000.00 | $48,250.00 |
| $360,000.00 | $21,250.00 | $690,000.00 | $37,750.00 | $910,000.00 | $48,750.00 |
| $370,000.00 | $21,750.00 | $700,000.00 | $38,250.00 | $920,000.00 | $49,250.00 |
| $380,000.00 | $22,250.00 | $710,000.00 | $38,750.00 | $930,000.00 | $49,750.00 |
| $390,000.00 | $22,750.00 | $720,000.00 | $39,250.00 | $940,000.00 | $50,250.00 |
| $400,000.00 | $23,250.00 | $730,000.00 | $39,750.00 | $950,000.00 | $50,750.00 |
| $410,000.00 | $23,750.00 | $740,000.00 | $40,250.00 | $960,000.00 | $51,250.00 |
| $420,000.00 | $24,250.00 | $750,000.00 | $40,750.00 | $970,000.00 | $51,750.00 |
| $430,000.00 | $24,750.00 | $760,000.00 | $41,250.00 | $980,000.00 | $52,250.00 |
| $440,000.00 | $25,250.00 | $770,000.00 | $41,750.00 | $990,000.00 | $52,750.00 |
| $450,000.00 | $25,750.00 | $780,000.00 | $42,250.00 | $1,000,000.00 | $53,250.00 |

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

Form 1A  
Exclusive Sale  
Rev. 6/13  
Page 1 of 2  

**EXCLUSIVE SALE AND LISTING AGREEMENT**

©Copyright 2013  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller") 1

hereby grants to Keller Williams Eastside , ("Real Estate Firm" or "Firm") 2

from date hereof until midnight of 1/31/16 ("Listing Term"), the sole and exclusive right 3

to submit offers to purchase, and to receipt for deposits in connection therewith, the real property ("the Property") 4

commonly known as 5201 15th Ave NW, Seattle WA 98107 5

in the City of Seattle , County of King , State of Washington, Zip 98107 ; 6

to be listed at $ 800,000 and legally described as: LOT _____ , BLOCK _____ , 7

DIVISION _____ , VOL _____ , PAGE _____ 8

_____ . 9

1. **DEFINITIONS.** For purposes of this Agreement: (a) "MLS" means the Northwest Multiple Listing Service; and (b) "sell" 10
   includes a contract to sell; an exchange or contract to exchange; an option to purchase; and/or a lease with option to 11
   purchase. 12
2. **AGENCY/DUAL AGENCY.** Seller authorizes Firm to appoint Chad Tharp 13
   as Seller's Listing Broker. This Agreement creates an agency relationship with Listing Broker and any of Firm's brokers 14
   who supervise Listing Broker's performance as Seller's agent ("Supervising Broker"). No other brokers affiliated with 15
   Firm are agents of Seller, except to the extent that Firm, in its discretion, appoints other brokers to act on Seller's behalf 16
   as and when needed. If the Property is sold to a buyer represented by one of Firm's brokers other than Listing Broker 17
   ("Buyer's Broker"), Seller consents to any Supervising Broker, who also supervises Buyer's Broker, acting as a dual 18
   agent. If the Property is sold to a buyer who Listing Broker also represents, Seller consents to Listing Broker and 19
   Supervising Broker acting as dual agents. If any of Firm's brokers act as a dual agent, Firm shall be entitled to the entire 20
   commission payable under this Agreement plus any additional compensation Firm may have negotiated with the buyer. 21
   Seller acknowledges receipt of the pamphlet entitled "The Law of Real Estate Agency." 22
3. **LIST DATE.** Firm shall submit this listing, including the Property information on the attached pages and photographs of 23
   the Property (collectively, "Listing Data"), to be published by MLS by 5:00 p.m. on 7/30/14 ("List Date"), 24
   which date shall not be more than 30 days from the effective date of the Agreement. Seller acknowledges that exposure 25
   of the Property to the open market through MLS will increase the likelihood that Seller will receive fair market value for 26
   the Property. Accordingly, prior to the List Date, Firm and Seller shall not promote or advertise the Property in any 27
   manner whatsoever, including, but not limited to yard or other signs, flyers, websites, e-mails, texts, mailers, magazines, 28
   newspapers, open houses, previews, showings, or tours. 29
4. **COMMISSION.** If during the Listing Term (a) Seller sells the Property and the buyer does not terminate the agreement 30
   prior to closing; or (b) after reasonable exposure of the Property to the market, Firm procures a buyer who is ready, 31
   willing, and able to purchase the Property on the terms in this Agreement, Seller will pay Firm a commission of (fill in 32
   one and strike the other) 6 % of the sales price, or $ _____ ("Total Commission"). From the 33
   Total Commission, Firm will offer a cooperating member of MLS representing a buyer ("Selling Firm") a commission of 34
   (fill in one and strike the other) 2 % of the sales price, or $ _____ . Further, if Seller shall, within six 35
   months after the expiration of the Listing Term, sell the Property to any person to whose attention it was brought 36
   through the signs, advertising or other action of Firm, or on information secured directly or indirectly from or through 37
   Firm, during the Listing Term, Seller will pay Firm the above commission. Provided, that if Seller pays a commission to a 38
   member of MLS or a cooperating MLS in conjunction with a sale, the amount of commission payable to Firm shall be 39
   reduced by the amount paid to such other member(s). Provided further, that if Seller cancels this Agreement without 40
   legal cause, Seller may be liable for damages incurred by Firm as a result of such cancellation, regardless of whether 41
   Seller pays a commission to another MLS member. Selling Firm is an intended third party beneficiary of this Agreement. 42
5. **SHORT SALE / NO DISTRESSED HOME CONVEYANCE.** If the proceeds from the sale of the Property are insufficient 43
   to cover the Seller's costs at closing, Seller acknowledges that the decision by any beneficiary or mortgagee, or its 44
   assignees, to release its interest in the Property, for less than the amount owed, does not automatically relieve Seller of 45
   the obligation to pay any debt or costs remaining at closing, including fees such as Firm's commission. Firm will not 46
   represent or assist Seller in a transaction that is a "Distressed Home Conveyance" as defined by Chapter 61.34 RCW 47
   unless otherwise agreed in writing. A "Distressed Home Conveyance" is a transaction where a buyer purchases 48
   property from a "Distressed Homeowner" (defined by Chapter 61.34 RCW), allows the Distressed Homeowner to 49
   continue to occupy the property, and promises to convey the property back to the Distressed Homeowner or promises 50
   the Distressed Homeowner an interest in, or portion of, the proceeds from a resale of the property. 51

_____  _____  
Seller        Seller

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

| | |
|---|---|
| Form 1A<br>Exclusive Sale<br>Rev. 6/13<br>Page 2 of 2 | ©Copyright 2013<br>Northwest Multiple Listing Service<br>ALL RIGHTS RESERVED |

# EXCLUSIVE SALE AND LISTING AGREEMENT
*Continued*

6. **KEYBOX.** Firm is authorized to install a keybox on the Property. Such keybox may be opened by a master key held by members of MLS and their brokers. A master key also may be held by affiliated third parties such as inspectors and appraisers who cannot have access to the Property without Firm's prior approval which will not be given without Firm first making reasonable efforts to obtain Seller's approval.

7. **SELLER'S WARRANTIES AND REPRESENTATIONS.** Seller warrants that Seller has the right to sell the Property on the terms herein and that the Property information on the attached pages to this Agreement is correct. Further, Seller represents that to the best of Seller's knowledge, there are no structures or boundary indicators that either encroach on adjacent property or on the Property. Seller authorizes Firm to provide the information in this Agreement and the attached pages to prospective buyers and to other cooperating members of MLS who do not represent the Seller and, in some instances, may represent the buyer. Seller agrees to indemnify and hold Firm and other members of MLS harmless in the event the foregoing warranties and representations are incorrect.

8. **CLOSING COSTS.** Seller shall furnish and pay for a buyer's policy of title insurance showing marketable title to the Property. Seller shall pay real estate excise tax and one-half of any escrow fees or such portion of escrow fees and any other fees or charges as provided by law in the case of a FHA or VA financed sale. Rent, taxes, interest, reserves, assumed encumbrances, homeowner fees and insurance are to be prorated between Seller and the buyer as of the date of closing.

9. **MULTIPLE LISTING SERVICE.** Seller authorizes Firm and MLS to publish the Listing Data and distribute it to other members of MLS and their affiliates and third parties for public display and other purposes. This authorization shall survive the termination of this Agreement. Firm is authorized to report the sale of the Property (including price and all terms) to MLS and to its members, financial institutions, appraisers, and others related to the sale. Firm may refer this listing to any other cooperating multiple listing service at Firm's discretion. Firm shall cooperate with all other members of MLS, or of a multiple listing service to which this listing is referred, in working toward the sale of the Property. Regardless of whether a cooperating MLS member is the agent of the buyer, Seller, neither or both, such member shall be entitled to receive the selling firm's share of the commission. MLS is an intended third party beneficiary of this agreement and will provide the Listing Data to its members and their affiliates and third parties, without verification and without assuming any responsibility with respect to this agreement.

10. **DISCLAIMER/SELLER'S INSURANCE.** Neither Firm, MLS, nor any members of MLS or of any multiple listing service to which this listing is referred shall be responsible for loss, theft, or damage of any nature or kind whatsoever to the Property and/or to any personal property therein, including entry by the master key to the keybox and/or at open houses. Seller is advised to notify Seller's insurance company that the Property is listed for sale and ascertain that the Seller has adequate insurance coverage. If the Property is to be vacant during all or part of the Listing Term, Seller should request that a "vacancy clause" be added to Seller's insurance policy.

11. **FIRM'S RIGHT TO MARKET THE PROPERTY.** Seller shall not commit any act which materially impairs Firm's ability to market and sell the Property under the terms of this Agreement. In the event of breach of the foregoing, Seller shall pay Firm a commission in the above amount, or at the above rate applied to the listing price herein, whichever is applicable. Unless otherwise agreed in writing, Firm and other members of MLS shall be entitled to show the Property at all reasonable times. Firm need not submit to Seller any offers to lease, rent, execute an option to purchase, or enter into any agreement other than for immediate sale of the Property.

12. **SELLER DISCLOSURE STATEMENT.** Unless Seller is exempt under RCW 64.06, Seller shall provide to Firm as soon as reasonably practicable a completed and signed "Seller Disclosure Statement" (Form 17 (Residential), Form 17C (Unimproved Residential), or Form 17 Commercial). Seller agrees to indemnify, defend and hold Firm harmless from and against any and all claims that the information Seller provides on Form 17, Form 17C, or Form 17 Commercial is inaccurate.

13. **DAMAGES IN THE EVENT OF BUYER'S BREACH.** In the event Seller retains earnest money as liquidated damages on a buyer's breach, any costs advanced or committed by Firm on Seller's behalf shall be paid therefrom and the balance divided equally between Seller and Firm.

14. **ATTORNEYS' FEES.** In the event either party employs an attorney to enforce any terms of this Agreement and is successful, the other party agrees to pay reasonable attorneys' fees. In the event of trial, the successful party shall be entitled to an award of attorneys' fees and expenses; the amount of the attorneys' fees and expenses shall be fixed by the court. The venue of any suit shall be the county in which the Property is located.

DATED THIS 29 DAY OF July, 2014. Are the undersigned the sole owner(s)? ☐ YES ☐ NO

FIRM (COMPANY) Keller Williams Eastside     SELLER: *Edmund J. Wood* (E7AB9B16DE234DF...)

BY: (37131A57B3C5494...)     SELLER: _____

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

Form 7B
Seller Info Undisclosed
Rev. 8/11
Page 1 of 1

**SELLER'S REQUEST FOR RESTRICTION ON SHOWING AND SALE**
*Seller's Information Undisclosed*

©Copyright 2011
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller")

hereby requests that   Keller Williams Eastside   , ("Listing Firm")

impose the following restriction on showing and sale of the real property located at:

5201 15th Ave NW, Seattle WA 98107   ("the Property").

The Property's listing information includes the property owner's name and phone number, which are only made available to other real estate brokers, not the public.

Seller requests that ☒ Seller's name; ☒ Seller's phone number ( 206-623-4382 ) be omitted from the information included in the Property's listing and shall not be made available to other real estate brokers.

A buyer's broker is permitted to contact Seller to inform Seller that the broker has an offer or counteroffer to present to Seller, after the buyer's broker informs the Listing Firm of the offer. A buyer's broker is also permitted to contact Seller to present an offer or counteroffer to Seller if the Listing Firm fails to timely respond to buyer's broker. In addition, under certain circumstances, a buyer's broker may contact Seller to schedule a showing of the Property.

Seller understands that this restriction may delay the presentation of an offer if the Listing Firm is unavailable at the time of the offer or counteroffer. Seller understands that this restriction may limit the number of potential buyers that view the Property if the Listing Firm is unavailable at the time a potential buyer wishes to view the Property. Seller also understands that this restriction may inhibit the sale of the Property.

Seller's Signature: *Edmund J. Wood* (DocuSigned by: E7AB9B16DF234DF...)   Date: 7/29/14

Seller's Signature: _____   Date: _____

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

Form 7G
Third Party Fee
Rev. 8/11
Page 1 of 1

**SELLER'S REQUEST FOR RESTRICTION ON SHOWING AND SALE**
*Third Party Fee*

©Copyright 2011
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller")

hereby requests that  Keller Williams Eastside , ("Listing Firm")

impose the following restriction on showing and sale of the real property located at:

5201 15th Ave NW, Seattle WA 98107 ("the Property").

Seller requests that the buyer pay a separate, lawful fee to a third party as detailed below.

Seller understands that this restriction may limit the number of potential buyers that view the Property because some buyers may not be willing to pay such a fee. Seller also understands that this restriction may inhibit the sale of the Property.

Amount of Fee: $ See Attached Exhibit B

Third Party Receiving Fee (Company Name): Edmund J. Wood, Bankruptcy Trustee

Reason for Fee:
11 USC 326

Seller's Signature: *Edmund J. Wood* (DocuSigned by: E7AB9B16DF234DF...) Date: 7/29/14

Seller's Signature: _____ Date: _____

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

Form 7H
Pre-Approval
Rev. 8/11
Page 1 of 1

**SELLER'S REQUEST FOR
RESTRICTION ON SHOWING AND SALE**
*Pre-Approval by an Identified Lender*

©Copyright 2011
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184 ("Seller")

hereby requests that   Keller Williams Eastside   , ("Listing Firm")

impose the following restriction on showing and sale of the real property located at:

5201 15th Ave NW, Seattle WA 98107   ("the Property").

Seller requests that potential buyers be pre-qualified or pre-approved by the lender identified below.

Seller understands that this restriction may limit the number of potential buyers that view the Property because some buyers may not be willing to comply with such a request. Seller also understands that this restriction may inhibit the sale of the Property.

Lender:   Dana Peterson - Cobalt Mortgage

Reason for Restriction:

11 USC 326


Seller's Signature: *Edmund J. Wood*  (DocuSigned by: E7AB9B16DF234DF...)   Date: 7/29/14

Seller's Signature: _____   Date: _____

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

Form 18  
Amendment to Exclusive Listing Agreement  
Rev. 5/13  
Page 1 of 1

©Copyright 2013  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED

## AMENDMENT TO EXCLUSIVE LISTING AGREEMENT

This amends the Exclusive Listing Agreement ("Agreement") dated  July 29, 2014 , 1

between  Edmund J. Wood, Chapter 7 Bankruptcy Court Trustee for Allen (Donna) 14-14184  ("Seller") 2

and,  Keller Williams Eastside  ("Firm") 3

concerning the property, listing no. _____, commonly known as  5201 15th Ave NW , 4

in the City of  Seattle , County of  King , State of WA, Zip  98107 . 5

**SELLER AND FIRM AGREE AS FOLLOWS:** 6

☐ **Price Change.** The listing price is changed to $ _____ . 7

☐ **Agreement Extended.** The Agreement is extended until midnight of _____ . 8
If the Agreement expired prior to the parties' execution of this Amendment, the Agreement (and any prior 9
Amendments thereto) are incorporated herein by this reference and this Amendment shall constitute a new 10
Exclusive Listing Agreement. 11

☒ **Other:** 12

Seller Authorizes Listing Broker to change the listing price at Listing Broker's discretion as needed to procure a buyer or 13
comply with a lender's pricing requirements. 14

**ALL OTHER TERMS AND CONDITIONS** of the Agreement remain unchanged. 24

DATED THIS  29  DAY OF  July , 2014   *DocuSigned by: Edmund J. Wood  E7AB9B16DF234DF...* 25

FIRM (COMPANY)  *DocuSigned by:* Keller Williams Eastside      SELLER  *Edmund J. Wood* 26

BY  *37131A57B3C5494...*      SELLER _____ 27

DocuSign Envelope ID: 480F9644-AD22-4F60-A5F6-FF2A153676B0

EXHIBIT "B"        Edmund J. Wood, Chapter 7 Bankruptcy Trustee

Allen (Donna)  # 14-14184

## Trustee Fee Calculations

$50,000 - $235,000 = $15,000
$240,000 - $1,000,000 = 5.5% + $3,250.00
$1,000,000 and higher = 3% + $25,750.00

| Value | Fee | Value | Fee | Value | Fee |
|---|---|---|---|---|---|
| $240,000.00 | $15,250.00 | $460,000.00 | $26,250.00 | | |
| $245,000.00 | $15,500.00 | $470,000.00 | $26,750.00 | | |
| $250,000.00 | $15,750.00 | $480,000.00 | $27,250.00 | | |
| $255,000.00 | $16,000.00 | $490,000.00 | $27,750.00 | | |
| $260,000.00 | $16,250.00 | $500,000.00 | $28,250.00 | | |
| $265,000.00 | $16,500.00 | $510,000.00 | $28,750.00 | | |
| $270,000.00 | $16,750.00 | $520,000.00 | $29,250.00 | | |
| $275,000.00 | $17,000.00 | $530,000.00 | $29,750.00 | | |
| $280,000.00 | $17,250.00 | $540,000.00 | $30,250.00 | | |
| $285,000.00 | $17,500.00 | $550,000.00 | $30,750.00 | Value | Fee |
| $290,000.00 | $17,750.00 | $560,000.00 | $31,250.00 | | |
| $295,000.00 | $18,000.00 | $570,000.00 | $31,750.00 | $790,000.00 | $42,750.00 |
| $300,000.00 | $18,250.00 | $580,000.00 | $32,250.00 | $800,000.00 | $43,250.00 |
| $305,000.00 | $18,500.00 | $590,000.00 | $32,750.00 | $810,000.00 | $43,750.00 |
| $310,000.00 | $18,750.00 | $600,000.00 | $33,250.00 | $820,000.00 | $44,250.00 |
| $315,000.00 | $19,000.00 | $610,000.00 | $33,750.00 | $830,000.00 | $44,750.00 |
| $320,000.00 | $19,250.00 | $620,000.00 | $34,250.00 | $840,000.00 | $45,250.00 |
| $325,000.00 | $19,500.00 | $630,000.00 | $34,750.00 | $850,000.00 | $45,750.00 |
| $330,000.00 | $19,750.00 | $640,000.00 | $35,250.00 | $860,000.00 | $46,250.00 |
| $335,000.00 | $20,000.00 | $650,000.00 | $35,750.00 | $870,000.00 | $46,750.00 |
| $340,000.00 | $20,250.00 | $660,000.00 | $36,250.00 | $880,000.00 | $47,250.00 |
| $345,000.00 | $20,500.00 | $670,000.00 | $36,750.00 | $890,000.00 | $47,750.00 |
| $350,000.00 | $20,750.00 | $680,000.00 | $37,250.00 | $900,000.00 | $48,250.00 |
| $360,000.00 | $21,250.00 | $690,000.00 | $37,750.00 | $910,000.00 | $48,750.00 |
| $370,000.00 | $21,750.00 | $700,000.00 | $38,250.00 | $920,000.00 | $49,250.00 |
| $380,000.00 | $22,250.00 | $710,000.00 | $38,750.00 | $930,000.00 | $49,750.00 |
| $390,000.00 | $22,750.00 | $720,000.00 | $39,250.00 | $940,000.00 | $50,250.00 |
| $400,000.00 | $23,250.00 | $730,000.00 | $39,750.00 | $950,000.00 | $50,750.00 |
| $410,000.00 | $23,750.00 | $740,000.00 | $40,250.00 | $960,000.00 | $51,250.00 |
| $420,000.00 | $24,250.00 | $750,000.00 | $40,750.00 | $970,000.00 | $51,750.00 |
| $430,000.00 | $24,750.00 | $760,000.00 | $41,250.00 | $980,000.00 | $52,250.00 |
| $440,000.00 | $25,250.00 | $770,000.00 | $41,750.00 | $990,000.00 | $52,750.00 |
| $450,000.00 | $25,750.00 | $780,000.00 | $42,250.00 | $1,000,000.00 | $53,250.00 |