Entered on Docket November 3, 2014

**Below is the Order of the Court.**

**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re ) No. 11-17778
)
DONNA ALLEN, ) ORDER ON MOTION FOR SALE OF
) PROPERTY FREE AND CLEAR OF LIENS
Debtor. )
)

THIS MATTER having come regularly before the Honorable Marc L. Barreca of the above entitled Court upon the Trustee's Motion for Sale of Property Free and Clear of Liens, it appearing that all interested parties have received notice and no objection to the motion having been filed, or said objection having been incorporated into the terms of this order, now therefore

IT IS HEREBY ORDERED that the Trustee, Edmund J. Wood, is authorized to sell the estate's interest in the real property located at 9022 Dayton Ave N, Seattle, WA, for the sum of $275,000.00 to Ben Bergstrom, and/or assigns.

IT IS FURTHER ORDERED that the Purchase and Sale Agreement between the Trustee and Ben Bergstrom, and/or assigns, shall be and is hereby approved.

IT IS FURTHER ORDERED that at closing the first position Deed of Trust of

**ORDER ON MOTION FOR SALE OF**
**PROPERTY FREE AND CLEAR OF LIENS - 1**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-11, and/or assigns, in the approximate amount of $227,848.84, plus *per diem*, shall be paid, subject to verification of the amount due and the Trustee's review of any charges added to the principal balance, including attorney fees and costs, if any, added to the balance due. The Trustee's right to object to such charges under 11 U.S.C. § 506 is reserved.

IT IS FURTHER ORDERED that after payment of the above secured creditor in full, and after all costs of closing, including real estate commissions, property taxes, excise taxes and other closing costs, together with a buyer's premium to the estate in the amount of $20,000.00, the estate is authorized to pay at closing the federal tax liens of the Internal Revenue Service in the amount of approximately $17,829.88.

IT IS FURTHER ORDERED that the sale shall be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale, and this Order shall constitute the equivalent of a release of lien from the Internal Revenue Service.

IT IS FURTHER ORDERED that the estate shall receive the above referenced buyer's premium in the amount of $20,000.00 free and clear of any interest of any party for distribution in this case.

IT IS FURTHER ORDERED that the calculation of the maximum Trustee's compensation in this case, pursuant to 11 U.S.C. § 326, may include the applicable percentage amount for monies disbursed as a result of this sale transaction. However, such amount resulting from this transaction shall not exceed one half of the buyer's premium, less the amount of allowed fees incurred by the Trustee's attorney in connection with this sale transaction.

IT IS FURTHER ORDERED that necessary costs of sale, including real estate

**ORDER ON MOTION FOR SALE OF**
**PROPERTY FREE AND CLEAR OF LIENS - 2**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

1 commissions, excise taxes, property taxes and other closing costs, shall be and are hereby

2 approved and may be paid from the proceeds of sale.

3   IT IS FURTHER ORDERED that this Order shall be effective immediately

4 notwithstanding the provisions of BR 6004 (h).

          ///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee
C:\Shared\KAE\Dox\Allen\9022_sale_ord.wpd

**ORDER ON MOTION FOR SALE OF**
**PROPERTY FREE AND CLEAR OF LIENS - 3**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002